■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HEYLAN IRVINE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.),

rendered October 17, 1983, convicting him of robbery in the third degree, criminal possession of stolen property in the third degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Judgment affirmed *(see, People v Contes,* 60 NY2d 620; *People v Bigelow,* 106 AD2d 448). Gibbons, J. P., Brown, Lawrence and Kooper, JJ., concur.